# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. HENDERSON, et al., | Case No. CV 16-5250-PA (JEM) |
| Plaintiffs, | |
| v. | **J U D G M E N T** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 6, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE